■ PATRICIA J. CURTO, Appellant, v NEW YORK STATE COLLEGE OF VETERINARY MEDICINE AT CORNELL et al., Respondents, et al., Defendants. (Appeal No. 1.) [965 NYS2d 920]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered January 30, 2012. The order granted the motion of defendants-respondents to dismiss the complaint.

■ PATRICIA J. CURTO, Appellant, v NEW YORK STATE COLLEGE OF VETERINARY MEDICINE AT CORNELL et al., Respondents, et al., Defendants. (Appeal No. 2.) [967 NYS2d 862]—Appeal from a judgment of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered January 30, 2012. The judgment dismissed the complaint against defendants-respondents.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.